UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-259-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| VALLUS DAKARI DUBLIN | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Information against the above-captioned defendant, for the following reasons:

1. On September 29, 2011, an arraignment for defendant was set in which the defendant did not show up. The case was called twice by the Court and counsel for defendant informed the Court that the defendant was not present.

2. On October 5, 2011, the Grand Jury returned a one-count Indictment against this defendant.

4. The Indictment was reassigned a new docket number of 5:11-CR-301-BO.

Therefore, the government requests that the Information in this case be dismissed.

Respectfully submitted this the 11TH day of May, 2012.

THOMAS G. WALKER
United States Attorney

*/s/ Ethan A. Ontjes*
ETHAN A. ONTJES
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office, EDNC
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601
E-mail: ethan.ontjes@usdoj.gov
Telephone: 919-856-4530
Fax: 919-856-4487
NC Bar No. 29784

Leave of Court is granted for the filing of the foregoing dismissal.

TERRANCE W. BOYLE
UNITED STATES DISTRICT JUDGE

DATE: 5-11-12